IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RODNEY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3301 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| LANCASTER COUNTY DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff filed this action while incarcerated in the Lancaster County Jail. In the Prisoner Payment Order in this case and, again, in the Order on Initial Review, the court warned the plaintiff that he must keep the court informed of his current address at all times while this case is pending, and that failure to do so could result in dismissal.

Then when mail from the court to the plaintiff was returned, the court became aware that the plaintiff had been released from the Lancaster County Jail and had left no forwarding address. The court has not heard from the plaintiff since his release. Therefore, the above-entitled action will be dismissed as abandoned and for lack of prosecution.[1] The dismissal will be without prejudice, in the event the plaintiff decides to file a new case, but this case will not be reopened. Judgment will be entered accordingly.

SO ORDERED.

April 9, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge

---

[1] See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."